UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CLEVELAND WALKER,

                         Petitioner,

-against-

DALE ARTUS, Superintendent,

                         Respondent.
-------------------------------------------------------------------X

JUDGMENT
04-CV- 5221 (FB)

     A Memorandum and Order of Honorable Frederic Block, United States District Judge, having been filed on January 11, 2006, denying the petition for a writ of habeas corpus; and ordering that a Certificate of Appealability will not issue; it is

     ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the petition for a writ of habeas corpus is denied; and that a Certificate of Appealability will not issue.

Dated: Brooklyn, New York
         January 12, 2006

                                                                    ROBERT C. HEINEMANN
                                                                    Clerk of Court